PETTY v. PETTY

No. 268P01

Case below: 143 N.C. App. 185

Notice of appeal by defendant-intervenor (Steve Petty) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 July 2001. Petition by defendant-intervenor (Steve Petty) for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

SIMS v. CHARMES/ARBY'S ROAST BEEF

No. 194P01

Case below: 142 N.C. App. 154

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

SODERLUND v. KUCH

No. 311P01

Case below: 143 N.C. App. 361

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

STATE v. ATWATER

No. 247P01

Case below: 142 N.C. App. 706

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

STATE v. BERRY

No. 298P01

Case below: 143 N.C. App. 187

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.